UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW CARIELLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NSC HOLDINGS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:23-cv-05499-JPB |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERENCE NICHOLAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NSC HOLDINGS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:23-cv-05720-JPB |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CINDY CARTWRIGHT, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:23-cv-05821-JPB |
| NSC HOLDINGS, LLC, | |
| Defendant. | |

## **ORDER**

Federal Rule of Civil Procedure 42(a) authorizes a court to consolidate matters that "involve a common question of law or fact." The power to consolidate is discretionary, and Rule 42(a) "codifies a district court's inherent managerial power to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Young v. City of Augusta, 59 F.3d 1160, 1168 (11th Cir. 1995) (internal punctuation omitted) (quoting Hendrix v. Raybestos–Manhattan, Inc., 776 F.2d 1492, 1495 (11th Cir.1985)); see also Hendrix, 776 F.2d 1492 at 1495 (encouraging district courts to use Rule 42(a) as a tool to expedite trial and eliminate repetition).

The parties in this case agree that consolidation is warranted here. Indeed, it is apparent that these two actions involve common questions of law and fact. The

Clerk is **DIRECTED** to consolidate <u>Cartwright v. NSC Holdings, LLC</u>, No. 1:23-cv-05821, and <u>Nicholas v. NSC Holdings, LLC</u>, No. 1:23-cv-05720 with <u>Cariello v. NSC Holdings, LLC</u>, No. 1:23-cv-05499.  All future filings in these cases shall occur only in case No. 1:23-cv-05499.  The Clerk is **DIRECTED** to close <u>Cartwright v. NSC Holdings, LLC</u>, No. 1:23-cv-05821, and <u>Nicholas v. NSC Holdings, LLC</u>, No. 1:23-cv-05720.

    **IT IS FURTHER ORDERED** that Plaintiffs shall file any motion for leadership within twenty-one (21) days of the entry date of this order.

    **SO ORDERED** this 7th day of February, 2024.

_____
J. P. BOULEE
United States District Judge