UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW CARIELLO, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:23-CV-05499-JPB |
| NSC HOLDINGS, LLC., | |
| Defendant. | |

### **ORDER**

This matter is before the Court on the joint Motion to Stay Pending Mediation [Doc. 27]. For good cause shown, the motion is **GRANTED**. In light of the pending mediation, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order. All deadlines are **STAYED** until this matter is reopened.

The parties are **ORDERED** to file the appropriate documents to dispose of the case by October 15, 2024. Absent an extension or further order of the Court, if

no request to reopen the case is made within the time period covered by this order, the Court may dismiss the case with prejudice. The Clerk is **DIRECTED** to resubmit this matter to the undersigned on October 16, 2024.

    **SO ORDERED** this 19th day of July, 2024.

_____
**J. P. BOULEE**
United States District Judge