**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MATTHEW CARIELLO, TERENCE NICHOLAS**, and **CINDY CARTWRIGHT,** individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**NSC HOLDINGS, LLC and NSC TECHNOLOGIES, LLC**<br><br>        Defendants. | Case No. 1:23-cv-05499-JPB<br><br>Judge J.P. Boulee |

**JOINT STIPULATION OF
<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared").

The Parties have reached a settlement in principal, but given the questions raised in Defendant's Motion to Dismiss (ECF 16) regarding this Court's jurisdiction over this action, the Parties have deemed it advisable to re-file this action in state court for purposes of seeking court approval of a putative class action settlement.

Dated: November 27, 2024        Respectfully Submitted,

By:    */s/  David K. Lietz*
       David K. Lietz*
       **MILBERG COLEMAN BRYSON**
       **PHILLIPS GROSSMAN, LLC**
       5335 Wisconsin Avenue NW
       Washington, D.C. 20015-2052
       Telephone: (866) 252-0878
       Facsimile: (202) 686-2877
       dlietz@milberg.com

       *Interim Lead Counsel*

       Mason Barney (*pro hac vice* to be filed)
       Tyler Bean (*pro hac vice* to be filed)
       **SIRI & GLIMSTAD LLP**
       745 Fifth Avenue, Suite 500
       New York, New York 10151
       Tel: (212) 532-1091
       E: mbarney@sirillp.com
       E: tbean@sirillp.com

       **SHAMIS & GENTILE P.A.**
       Andrew J. Shamis, Esq.
       Georgia Bar No. 49496
       ashamis@shamisgentile.com
       14 NE 1st Ave., Suite 705
       Miami, Florida 33132
       Telephone: 305-479-2299

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (*pro hac vice* to be filed)
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320

MaryBeth V. Gibson
Georgia Bar No. 725843
**Gibson Consumer Law Group, LLC**
4729 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*Attorneys for Plaintiffs and*
 *Proposed Class Counsel*

*\*Pro Hac Vice*

Respectfully submitted,

*/s/ Paulyne Gardner (w/ permission)*
Paulyne Gardner (*pro hac vice*)
Jordan S. O'Donnell (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4770
pgardner@mullen.law
jsodonnell@mullen.law

David S. Klein
Rountree Leitman Klein & Geer, LLC
Century Plaza I,
2987 Clairmont Road, Ste. 350
Atlanta, GA 30329
Telephone: (404) 856-0540
dklein@rlkglaw.com

***Attorneys for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 27, 2024, I filed the foregoing **Joint Stipulation of Voluntary Dismissal Without Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ David K. Lietz*
David K. Lietz

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned attorney hereby certifies that on this day the foregoing document was prepared in accordance with L.R. 5.1(C) using Times New Roman, 14 point font.

Dated: November 27, 2024.

*/s/David K. Lietz*
David K. Lietz